United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 15-19978-JS
Cuong Nguyen                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: vharper        Page 1 of 1        Date Rcvd: May 18, 2016
                           Form ID: odsctr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2016.
db              +Cuong Nguyen,   2627 E Rhododendron Dr.,   Abingdon, MD 21009-1599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2016 at the address(es) listed below:
          Gerard R. (Ch13)  Vetter    ECF@ch13balt.com,  Towson13@ecf.epiqsystems.com
          Kimberly Brooke Lane    klane@siwpc.com,  ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
          razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com
          Leah Christina Freedman    leah.freedman@bww-law.com,  bankruptcy@bww-law.com
          Sonila  Isak    sonila@isaklaw.com
                                                                          TOTAL: 4

Entered: May 17, 2016
Signed:  May 17, 2016

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   15–19978 – JS      Chapter:   13

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Gerard R. (Ch13) Vetter
      300 E Joppa Road, Suite 409
      Towson, MD 21286

**odsctr – *vharper***

**End of Order**